**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Karen M. Gates and John F. Gibson, Jr., Defendants,

Of whom John F. Gibson, Jr. is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2023-001411

―――――――――

Appeal From Lexington County
Robert E. Newton, Family Court Judge

―――――――――

Unpublished Opinion No. 2024-UP-204
Submitted May 20, 2024 – Filed May 29, 2024

―――――――――

**AFFIRMED**

―――――――――

Harry A. Hancock, of Columbia, for Appellant.

Becky M. Farmer, of South Carolina Department of
Social Services, of Columbia, for Respondent.

Brett Lamb Stevens, of University of South Carolina
School of Law, of Columbia, for the Guardian ad Litem.

**PER CURIAM:**  John F. Gibson, Jr. appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Gibson's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.